IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BEVERLY CANNON, | ) | Case No. 13 B 44030 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | December 16, 2014 at 10:00 a.m. |

**NOTICE OF MOTION**

TO: Attached Service List

 **PLEASE TAKE NOTICE THAT** on December 16, 2014, at 10:00 a.m., I shall appear before the Honorable Pamela S. Hollis, or any other judge sitting in her stead, in Room 644, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Debtor's Motion To Enter Final Decree Closing Chapter 11 Case, a copy of which is attached hereto and hereby served upon you.

**CERTIFICATE OF SERVICE**

 I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 5th  day of December 2014.

          /s/ Monica C. O'Brien
           Monica C. O'Brien

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street,
Suite 873
Chicago, Illinois 60604

Louis J Gale, Esq.
Williams, Bax & Saltzman, P.C.
221 N. LaSalle Street
Suite 3700
Chicago, IL 60601

Kevin A Morrissey, Esq.
Lewis & Kappes, PC
One American Square, Ste 2500
Indianapolis, IN 46282

Joel P Fonferko, Esq.
Codilis & Associates, P.C.
15W030 N. Frontage Road
Suite 100
Burr Ridge, IL 60527

**Parties Served Via First Class Mail**

Beverly A. Cannon
231 Claridge Circle
Bolingbrook, IL 60440-6185

Don Leventhal
20 North Clark, Suite 1725
Chicago, Illinois 60602-5000

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BEVERLY CANNON, | ) | Case No. 13 B 44030 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | December 16, 2014 at 10:00 a.m. |

**MOTION TO ENTER FINAL DECREE CLOSING CHAPTER 11 CASE**

Now comes Beverly Cannon, the Reorganized Debtor, by and through her attorneys, Gregory K. Stern, Monica C. O'Brien, and Rachel S. Sandler, and in support of her Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, states as follows:

1.      On November 12, 2013, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code; and, the Debtor, as Debtor In Possession, has continued in possession of her property, pursuant to §§ 1107 and 1108; and, no trustee has been appointed in this case.

2.      On November 25, 2014, this Court entered an Order Approving Adequacy of the Disclosure Statement and Confirming Plan of Reorganization (the "Confirmation Order").

3.      The Reorganized Debtor has made all required payments that have become due under the Confirmed Plan, including the initial distribution to the Class 2 secured creditor.

4.      The Reorganized Debtor has made all payments required by the United States Trustee.

5.      The Reorganized Debtor's Confirmed Plan has been substantially consummated.

6.      There are no remaining contested matters pending and no further steps need be taken

to facilitate the administration of the Confirmed Plan.

WHEREFORE, Beverly Cannon, the Reorganized Debtor, prays for an order entering Final

Decree closing the Reorganized Debtor's Chapter 11 case; and, for such other relief as may be just.


                                        /s/ Monica C. O'Brien
                                    Monica C. O'Brien, Debtor's Attorney


Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558